JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX PAYAN,<br><br>   Petitioner,<br><br> v.<br><br>J. ENGLEMAN, Warden,<br><br>   Respondent. | Case No. 2:24-cv-6297-MEMF-RAO<br><br>**JUDGMENT** |

 Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

 IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: February 25, 2025

                        MAAME EWUSI-MENSAH FRIMPONG
                        UNITED STATES DISTRICT JUDGE